# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL PERRY | § | |
| | § | |
| V. | § | CASE NO. 4:11-CV-524 |
| | § | Judge Schneider/Judge Mazzant |
| JPMORGAN CHASE, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 28, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations as to Defendants JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC, and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss or, Alternatively, Motion for More Definite Statement (Dkt. #6), finding that Defendants' motion to dismiss should be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC, and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss or, Alternatively, Motion for More Definite Statement (Dkt. #6) is **GRANTED** and all claims are **DISMISSED** with prejudice.

It is further **ORDERED** that, to the extent there is a claim against the property located at 1622 Tulare Drive, Allen, Texas 75002, the Property is **DISMISSED**.

**It is SO ORDERED.**

SIGNED this 18th day of November, 2011.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE